**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Todd Samuels Clemons
Todd Clemons & Associates
1740 Ryan Street
Lake Charles LA 70601

Adam P. Johnson
The Johnson Firm
P. O. Box 849
Lake Charles LA 70602

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on June 14, 2019 |

**REHEARING ACTION: June 14, 2019**

**Docket Number: 18   00858-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MCKARTNEY YOUNG**

**Appealed from Calcasieu Parish Case No. 6713-15**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Elizabeth A. Pickett**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **McKartney Young** is:

> **STAY DENIED.  REHEARING DENIED.**

cc: John Foster DeRosier, Counsel for the Applicant
    Brett Gaspard, Counsel for the Appellant
    Elizabeth Brooks Hollins, Counsel for the Appellant